MATT O'MALLEY (SBN 272802)
PATRICK MCDONOUGH (SBN 288285)
San Diego Coastkeeper
2825 Dewey Rd # 207
San Diego, CA 92106
Ph: 619-758-7743
Email: matt@sdcoastkeeper.org

COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
LIVIA BORAK BEAUDIN (SBN 259434)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
email: marco@coastlawgroup.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation; COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>USA WASTE OF CALIFORNIA, INC., a Delaware corporation,<br><br>Defendant. | Civil Case No. 3:20-cv-00233-JLS-WVG<br><br>**NOTICE OF SETTLEMENT AND COMMENCEMENT OF 45-DAY REVIEW PERIOD** |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiffs San Diego Coastkeeper and Coastal Environmental Rights Foundation ("Plaintiffs"), and Defendant USA Waste of California, Inc. ("the Parties") have reached a settlement whose specific terms are set forth in a proposed Consent Decree, which is attached to this Notice and filed herewith as Exhibit "A."

Plaintiffs served copies of the proposed Consent Decree via U.S. Certified Mail on

the Administrator of the U.S. E.P.A, and the U.S. Attorney General, Citizen Suit Coordinator, and mailed a copy to the Regional Administrator of EPA Region IX (collectively "the Agencies").

Under the provisions of 40 C.F.R. § 135.5, the Agencies have 45 days from the date of receipt to review a proposed consent decree and to submit comments to the Court and the Parties, if any. Also, Plaintiffs are required to notify the Court upon receiving notice that the agencies have received the Parties' proposed consent decree. (*Id*).

The proposed Consent Decree was delivered to the U.S. Attorney General on February 25, 2020 and to the Administrator of EPA on February 27, 2020. The Court may sign and enter the Consent Decree after the 45-day review period has run. (See 40 C.F.R. § 135.5). Plaintiffs will therefore submit the proposed Consent Decree to the Court for the Court's consideration upon expiration of the 45-day review period, after April 13, 2020.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

Dated:   March 11, 2020

Respectfully submitted,
COAST LAW GROUP LLP

By: s/Livia B. Beaudin
LIVIA B. BEAUDIN
Attorneys for Plaintiffs
COASTAL ENVIRONMENTAL RIGHTS FOUNDATION
SAN DIEGO COASTKEEPER

By: s/ Matt O'Malley
MATT O'MALLEY
Attorneys for Plaintiffs
SAN DIEGO COASTKEEPER

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March 2020, I caused copies of the following documents:

**NOTICE OF SETTLEMENT AND COMMENCEMENT OF 45-DAY REVIEW PERIOD** to be sent to the following parties via electronic mail:

| | |
|---|---|
| Catherine (Riegle) Finley<br>Waste Management<br>9081 Tujunga Ave.<br>Sun Valley, CA 91352<br>CRiegle@wm.com | Attorneys for Defendant **USA Waste of California, Inc.** |
| Christine W. Ennis<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Law and Policy Section<br>Ben Franklin Station<br>P.O. Box 7415<br>Washington, D.C. 20044<br>christine.ennis@usdoj.gov | Attorneys for **US Department of Justice** |

Dated: March 11, 2020          **COAST LAW GROUP, LLP**

By: s/Livia Beaudin
Livia Beaudin
Attorney for Plaintiff Coastal Environmental Rights Foundation
E-mail: livia@coastlawgroup.com