MATT O'MALLEY (SBN 272802)
PATRICK MCDONOUGH (SBN 288285)
San Diego Coastkeeper
2825 Dewey Rd # 207
San Diego, CA 92106
Ph: 619-758-7743
Email: matt@sdcoastkeeper.org

COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
LIVIA BORAK BEAUDIN (SBN 259434)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
email: marco@coastlawgroup.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation; COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>USA WASTE OF CALIFORNIA, INC., a Delaware corporation,<br><br>Defendant. | Civil Case No. 3:20-cv-00233-JLS-WVG<br><br>**NOTICE AND SUBMITTAL OF FEDERAL AGENCIES' 45-DAY REVIEW PERIOD LETTER AND REQUEST FOR ENTRY OF CONSENT DECREE** |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that on March 11, 2020, Plaintiffs San Diego Coastkeeper and Coastal Environmental Rights Foundation notified the Court that a [Proposed] Consent Decree was served on the U.S. Department of Justice and the U.S. Environmental Protection Agency ("EPA") for the mandatory 45-day review period required by 40 C.F.R. § 135.5. *See* ECF Doc. No. 7. The [Proposed] Consent Decree was delivered to the U.S. Department of Justice Citizen Suit Coordinator, on behalf of the

Attorney General, on February 25, 2020, and to the Administrator of the EPA on February 27, 2020.

On April 9, 2020, the U.S. Department of Justice served counsel of record for Plaintiffs the attached letter ("Letter") stating it has completed its review of the [Proposed] Consent Decree and "does not object to its entry by this Court." *See* U.S. Department of Justice letter attached hereto as Exhibit 1. The U.S. Department of Justice requested that Counsel for Plaintiffs file its Letter with this Court via ECF.

Plaintiff is concurrently lodging the [Proposed] Consent Decree with the Court, in Microsoft Word format, as well as the previously filed PDF version containing all exhibits. *See* ECF. Doc. No. 7-1. Accordingly, Plaintiffs respectfully request that this Court enter the [Proposed] Consent Decree.

Dated:   April 10, 2020

Respectfully submitted,
COAST LAW GROUP LLP

By: s/Livia B. Beaudin
LIVIA B. BEAUDIN
Attorneys for Plaintiffs
COASTAL ENVIRONMENTAL RIGHTS FOUNDATION
SAN DIEGO COASTKEEPER

By: s/ Matt O'Malley
MATT O'MALLEY
Attorneys for Plaintiffs
SAN DIEGO COASTKEEPER

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2020, I caused copies of the following documents:

**NOTICE AND SUBMITTAL OF FEDERAL AGENCIES' LETTER & REQUEST FOR ENTRY OF CONSENT DECREE** to be sent to the following parties via electronic mail:

| | |
|---|---|
| Catherine (Riegle) Finley<br>Waste Management<br>9081 Tujunga Ave.<br>Sun Valley, CA 91352<br>CRiegle@wm.com | Attorneys for Defendant **USA Waste of California, Inc.** |
| Christine W. Ennis<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Law and Policy Section<br>Ben Franklin Station<br>P.O. Box 7415<br>Washington, D.C. 20044<br>christine.ennis@usdoj.gov | Attorneys for **US Department of Justice** |

Dated: April 10, 2020            **COAST LAW GROUP, LLP**

By: s/Livia Beaudin
Livia Beaudin
Attorney for Plaintiff Coastal Environmental Rights Foundation
E-mail: livia@coastlawgroup.com